UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL QUALITY CONTROL,
INC., a Michigan corporation,

      Plaintiff,        Case No. 2:06−cv−10542−SFC−RSW

vs.        Hon. Sean F Cox

LEXINGTON CONNECTOR SEALS,        Magistrate Judge R. Steven Whalen

      Defendant.

---

| | |
|---|---|
| Mark C. Pierce (P25946) | Kevin M. Zielke (P53872) |
| Mathew J. Dillon (P65557) | Bryan J. Anderson (P62473) |
| PIERCE, DUKE, FARRELL & TAFELSKI | DYKEMA GOSSETT PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 38500 Woodward, Suite 300 | 400 Renaissance Center |
| Bloomfield Hills, MI 48304 | Detroit, MI 48243 |
| (248) 647-0404 | (313) 568-6908; (313) 568-5439 |

---

**STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**

    Plaintiff International Quality Control, Inc. and Defendant Lexington Connector Seals, by their respective counsel, stipulate to the dismissal of this action with prejudice and without costs, interest or attorney's fees to any party.

**STIPULATED BY:**

| By: s/ Mathew J. Dillon (with permission) | By: s/ Bryan J. Anderson |
|---|---|
| Mathew J. Dillon (P65557) | Kevin M. Zielke (P53872) |
| PIERCE, DUKE, FARRELL & TAFELSKI | Bryan J. Anderson (P62473) |
| Attorneys for Plaintiff | Attorneys for Defendant. |
| 38500 Woodward, Suite 300 | Dykema Gossett PLLC |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 647-0404 | Detroit, MI 48243 |
| mdillon@pierceduke.com | (313) 568-6800 |
|  | kzielke@dykema.com |
|  | banderson@dykema.com |

Date: July 10, 2006

# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

INTERNATIONAL QUALITY CONTROL,
INC., a Michigan corporation,

      Plaintiff,

vs.

LEXINGTON CONNECTOR SEALS,

      Defendant.

Case No. 2:06−cv−10542−SFC−RSW

Hon. Sean F Cox

Magistrate Judge R. Steven Whalen

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court upon the Stipulation of the parties, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs, interest or attorney's fees to any party.

This Order resolves the last pending claim and closes the case.

Dated: July 27, 2006

s/Sean F. Cox
UNITED STATES DISTRICT JUDGE